IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE INCLUSIVE COMMUNITIES PROJECT, INC., | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:14-CV-3013-D |
| VS. | § § | |
| THE UNITED STATES DEPARTMENT OF TREASURY, et al., | § § § | |
| Defendants. | § | |

## **ORDER**

Defendants' April 12, 2018 motion for summary judgment and plaintiff's April 12, 2018 motion for partial summary judgment have been set for oral argument on Tuesday, October 23, 2018 at 2:00 p.m. This order governs the argument procedure.

Each side shall have 30 total minutes to present argument. Up to two lawyers per side may present argument. Defendants shall argue first, and they may reserve up to 10 of their 30 total minutes for rebuttal. Plaintiff is expected to address both defendants' motion and its motion during its allotted time. If plaintiff wishes to present surrebuttal argument in support of its motion for partial summary judgment, it may request up to 5 minutes for such surrebuttal, which will be presented after defendants argue in rebuttal (the time it requests will be deducted from its 30 total minutes).

Demonstrative aids may be used at oral argument only if both of the following prerequisites are satisfied: (1) the demonstrative aid is a duplicate, enlargement, photograph, or computer-generated representation of something that is already part of the motion record, or the parties agree

can be used; and (2) notice that the aid will be used during argument has been given to opposing counsel no later than Friday, October 19, 2018 at noon.

**SO ORDERED**.

October 16, 2018.

                                                _____
                                                SIDNEY A. FITZWATER
                                                SENIOR JUDGE